UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

CHRISTOPHER SCOTT ALLEN,

        Plaintiff,

v.

AMANDA BEAUMONT et al.,

        Defendants.
_____/

Case No. 1:22-cv-258

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: May 19, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge